Blanche P. Eskin and Chicago Title and Trust Com-
pany, as Trustee Under Trust No. 35942, Third-
Party Plaintiffs, Third-Party Counter Defendants,
Appellees, v. Oscar and Bertha Freedman, Third-
Party Defendants, Third-Party Counter Plaintiffs,
Appellants.

Gen. No. 48,726.

First District, Second Division.
October 23, 1962.

Milton O. Gordon, of Chicago, for appellants; Robert E. Wiss,
of Chicago, for appellees. Opinion by MR. PRESIDING JUSTICE
BRYANT. Not to be published in full.